*E-Filed 5/26/11*

1  THAD A. DAVIS (SBN 220503)
   thad.davis@ropesgray.com
2  ROCKY C. TSAI (SBN 221452)
   rocky.tsai@ropesgray.com
3  ROPES & GRAY LLP
   Three Embarcadero Center, Ste 300
4  San Francisco, California 94111-4006
   Tel:   (415) 315- 6300
5  Fax:   (415) 315-6350

6  HARVEY J. WOLKOFF (Subject to admission *pro hac vice*)
   harvey.wolkoff@ropesgray.com
7  MARK P. SZPAK
   mark.szpak@ropesgray.com
8  LARA A. ORAVEC
   lara.oravec@ropesgray.com
9  ROPES & GRAY LLP
   Prudential Tower, 800 Boylston Street
10 Boston, MA 02199-3600
   Tel:   (617) 951-7606
11 Fax:   (617) 235-0215

12 Attorneys for Defendants

13

                       UNITED STATES DISTRICT COURT

                      NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD PETERSON, and JON BOWIE on behalf of themselves and for the benefit of all with the common or general interest, any persons injured, and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA LLC, a Delaware Limited Liability Company; SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC, a Delaware Limited Liability Company; SONY ONLINE ENTERTAINMENT LLC, a Delaware Limited Liability Company; SONY CORPORATION OF AMERICA, a New York Corporation,<br><br>Defendants. | Case No.   3:11-cv-02242-RS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO MOVE, ANSWER, OR OTHERWISE RESPOND TO COMPLAINT**<br><br>Judge:  Hon. Richard Seeborg |

26709346_1.DOC

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO COMPLAINT
CASE NO. 3:11-cv-02242-RS

1  WHEREAS, defendants Sony Computer Entertainment America LLC ("SCEA") (f/k/a Sony Computer Entertainment America, Inc.), Sony Network Entertainment Internatinoal LLC ("SNEI"), Sony Online Entertainment LLC ("SOE"), and Sony Corporation of America ("SCA"), as well as certain related entities (collectively, the "Sony Defendants"), have been named as defendants in at least twenty-five (25) putative class action lawsuits within this District, to date;

WHEREAS, certain of the Sony Defendants have also been named as defendants in at least nineteen (19) putative class action lawsuits pending outside this District, to date;

WHEREAS, a motion is currently pending before the Judicial Panel on Multidistrict Litigation (the "JPML") to centralize this and other matters, to which one response has been filed to date, and as to which other responses, including Sony Defendants' response, are due by June 2, 2011.

WHEREAS, the current deadlines for SCA, SNEI, and SCEA to respond to the Complaint are June 8, June 10, and June 13, 2011, respectively;

WHEREAS, the parties have agreed to the extension of time herein for the defendants in the above-captioned action to move, answer, or otherwise respond to the Complaint, in order to facilitate the scheduling of this matter in coordination with the schedule for the motion before the JPML;

NOW, THEREFORE, pursuant to Civil Local Rules 6-1(a), 7-1(a), and 7-12, all parties, by and through their respective counsel, hereby stipulate as follows:

The deadline for the defendants to respond to the Complaint in the above-captioned action is extended until and including 30 days after a consolidated complaint is filed in a multidistrict litigation centralizing the above-captioned action with other matters, or if centralization is denied by the JPML, then 30 days from the date of such order denying centralization.

///

1  Either party may seek ex parte relief from this stipulated Order for good cause shown,
2  including, but not limited to, Defendants' filing of a responsive pleading in a related case.

Dated: May 26, 2011

JOHN R. PARKER, JR.
C. BROOKS CUTTER
WILLIAM A. KERSHAW
STUART C. TALLEY
KERSHAW, CUTTER & RATINOFF, LLP

By:  /s/ John R. Parker /s/ [as authorized]
    John R. Parker
    Attorneys for Plaintiffs
    CHAD PETERSON and JON BOWIE

Dated: May 26, 2011

HARVEY WOLKOFF
THAD A. DAVIS
ROCKY C. TSAI
ROPES & GRAY LLP

By:  /s/ Rocky C. Tsai /s/
    Rocky C. Tsai

Attorneys for Defendants
SONY COMPUTER ENTERTAINMENT AMERICA LLC,
SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC,
SONY ONLINE ENTERTAINMENT LLC, and
SONY CORPORATION OF AMERICA.

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/26/11              By: _[signature]_
    U. S. District Court Judge