**FILED**
**AUG 18 2011**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: SONY GAMING NETWORKS AND
CUSTOMER DATA SECURITY BREACH
LITIGATION                                                      MDL No. 2258

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO−1)

On August 8, 2011, the Panel transferred 18 civil action(s) to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2011). Since that time, no additional action(s) have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Anthony J. Battaglia.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Battaglia.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of California for the reasons stated in the order of August 8, 2011, and, with the consent of that court, assigned to the Honorable Anthony J. Battaglia.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby attest and certify on 08/18/11
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

Inasmuch as no objection is pending at this time, the stay is lifted.

**Aug 18, 2011**

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: SONY GAMING NETWORKS AND
CUSTOMER DATA SECURITY BREACH
LITIGATION

MDL No. 2258

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 11-03965 | George Whitcher v. Sony Corporation of America et al |
| CAC | 2 | 11-04099 | Luis Moreno v. Sony Computer Entertainment America LLC et al |
| CAC | 2 | 11-04640 | Devin Chapnick v. Sony Corporation of America et al |
| CAC | 2 | 11-04770 | Art Boonpam v. Sony Computer Entertainment America LLC et al |
| CAC | 2 | 11-04796 | Valencia Wilson v. Sony Computer Entertainment America LLC et al |
| CAC | 2 | 11-04799 | William Young v. Sony Computer Entertainment America LLC et al |
| CAC | 2 | 11-05026 | Brett Dupree v. Sony Computer Entertainment America LLC et al |
| CAC | 2 | 11-05027 | Christopher Cullen v. Sony Computer Entertainment America LLC et al |
| CAC | 2 | 11-05028 | Anthony Matacale v. Sony Computer Entertainment America, LLC et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 11-02229 | Katz v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02242 | Peterson et al v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02245 | Riveron et al v. Sony Computer Entertainment America, LLC et al |
| CAN | 3 | 11-02254 | Reaves et al v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02256 | Kahan v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02277 | Walker v. Sony Computer Entertainment America, LLC et al |
| CAN | 3 | 11-02281 | Toglia et al v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02316 | Bova v. Sony Network Entertainment America, Inc. et al |

| | | | |
|---|---|---|---|
| CAN | 3 | 11-02337 | Campo v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02340 | Thompson v. Sony Online Entertainment LLC et al |
| CAN | 3 | 11-02342 | Obregon v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02408 | Trejo v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02417 | Clawson v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-02434 | Newman et al v. Sony Computer Entertainment America, LLC et al |
| CAN | 3 | 11-02456 | Flamson et al v. Sony Corporation of America et al |
| CAN | 3 | 11-02900 | Martinez v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-03356 | Hinkle v. Sony Network Entertainment America Inc.  Opposed 8/17/11 |
| CAN | 3 | 11-03363 | Maravilla v. Sony Computer Entertainment America LLC et al |
| CAN | 3 | 11-03871 | Detert et al v. Sony Computer Entertainment America LLC et al  Opposed 8/17/11 |

CONNECTICUT

| | | | |
|---|---|---|---|
| CT | 3 | 11-00776 | Cooper v. Sony Computer Entertainment America LLC et al |

FLORIDA SOUTHERN

| | | | |
|---|---|---|---|
| FLS | 9 | 11-80545 | Thompson et al v. Sony Computer Entertainment America, LLC et al |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 11-01885 | Griffin et al v. Sony Corporation of America, Inc. et al |

MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 1 | 11-10793 | Thompson v. Sony Computer Entertainments America, Inc. et al |

NEW JERSEY

| | | | |
|---|---|---|---|
| NJ | 3 | 11-02729 | VARELA et al v. SONY COMPUTER ENTERTAINMENT OF AMERICA, LLC et al |

NEW YORK EASTERN

| | | | |
|---|---|---|---|
| NYE | 2 | 11-02258 | Yastrab v. Sony Computer Entertainment America LLC et al |

NEW YORK SOUTHERN

| | | | |
|---|---|---|---|
| NYS | 1 | 11-03844 | Reyes v. Sony Computer Entertainment America Inc. et al |

| NYS | 1 | 11−05366 | Mortensen et al v. Sony Computer Entertainment America LLC et al |

OHIO NORTHERN

| OHN | 1 | 11−00962 | Nardy v Sony Computer Entertainment America, LLC |

TEXAS SOUTHERN

| TXS | 4 | 11−01750 | Foteh et al v. Sony Computer Entertainment of America, LLC et al |